08 CV 00222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EDWARD SAWYER, on behalf of himself and all
others similarly situated
                                   Plaintiff,

v.

CITIMORTGAGE, INC.,

                                   Defendant.

-----------------------------------------------------------x

ECF Case

No. 08 Civ. _____

**RULE 7.1 DISCLOSURE**

[RECEIVED JAN 10 2008 U.S.D.C. S.D.N.Y. CASHIERS stamp]

Defendant Citimortgage, Inc. ("CitiMortgage"), by its attorneys and in compliant with Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

1. The parent company of CitiMortgage is Citibank Domestic Investment Corp. ("CDIC").

2. CDIC owns 100% of the stock of CitiMortgage.

3. The parent company of CDIC is Citibank, N.A.

4. Citibank, N.A. owns 100% of the stock of CDIC.

Dated: New York, New York
        January 10, 2008

[RECEIVED 08 JAN 10 PM 5:45 U.S. DISTRICT COURT S.D.N.Y. stamp]

_/s/ Christopher J. Houpt_
Christopher J. Houpt
Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel.: (212) 506-2500
Fascimile: (212) 262-1910
choupt@mayerbrown.com

6