UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
EDWARD SAWYER, on behalf of himself and all         :   ECF Case
others similarly situated                           :
                                Plaintiff,          :   No. 08 Civ. 00222 (LTS) (HBP)
        v.                                          :
                                                    :   AFFIRMATION OF SERVICE
CITIMORTGAGE, INC.,                                 :
                                                    :
                                Defendant.          :
                                                    :
-------------------------------------------------------------------x

I, CHRISTOPHER J. HOUPT, declare under under penalty of perjury:

1.  I am associated with the firm of Mayer Brown LLP, attorneys for defendant CitiMortgage, Inc. in the above-captioned action.

2.  On January 10, 2008, I served a true copy of the Notice of Removal by overnight mail on the following:

>   Jeremy Heisler
>   SANFORD WITTELS & HEISLER, LLP
>   950 Third Avenue, 10th Floor
>   New York, New York 10022
>   Tel: (646) 723-2947

by depositing true and correct copies properly enclosed in postpaid wrappers into the custody of UPS, which is an overnight delivery service, for next-business day delivery, prior to the latest time designated by UPS for next-business day service.

Dated: New York, New York
       January 18, 2008

                                                    _____
                                                    Christopher J. Houpt
                                                    Mayer Brown LLP
                                                    1675 Broadway
                                                    New York, New York 10019
                                                    Tel.: (212) 506-2500
                                                    Fascimile: (212) 262-1910
                                                    choupt@mayerbrown.com

5