UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
EDWARD SAWYER, on behalf of himself and all : ECF Case
others similarly situated :
                                  Plaintiff, : No. 08 Civ. 00222 (LTS) (HBP)
    v. :
                                       : **STIPULATION AND ORDER**
CITIMORTGAGE, INC., :
                               : Original Filed by ECF
                              Defendant. :
                                          :
----------------------------------------------------------x

      WHEREAS defendant CitiMortgage, Inc. ("CMI") filed and served a notice of removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 on January 10, 2008, the date on which CMI's answer or other response to the complaint would have been due in the Supreme Court of the State of New York, New York County; pursuant to Fed. R. Civ. P. 81(c), the corresponding due date for CMI to file its answer or other response in this Court would be January 17, 2008; and no party has previously filed a request for an extension of time in this matter;

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned action, that the time for CMI to answer or otherwise respond to the complaint is extended through and including March 17, 2008. It is further STIPULATED AND AGREED that in so agreeing, plaintiff Edward Sawyer does not waive any right that he may have to remand this action, including the time within which to move for remand to state court.

Dated: New York, New York
         January 17, 2008

SANFORD WITTELS & HEISLER, LLP           MAYER BROWN LLP

By: _____           By: _____
    Steven L. Wittels, Esq.                                 Christopher J. Houpt, Esq.

950 Third Avenue, 10th Floor                       1675 Broadway
New York, New York, 10022                          New York, New York 10019
T: (646) 723-2454                                           T: (212) 506-2500
swittels@nydclaw.com                                 choupt@mayerbrown.com
*Attorneys for Plaintiff*

NYDB01 17490004.2 17-Jan-08 14:03

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2008

*Of Counsel:*

Lucia Nale
71 South Wacker Drive
Chicago, Illinois 60606
T: (312) 701-7074
lnale@mayerbrown.com
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.

1/29/08

NYDB01 J7490004.2 17-Jan-08 14:03