UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
EDWARD SAWYER, on behalf of himself and all     : **ECF Case**
others similarly situated                                              :
                                 Plaintiff,     : No. 08 Civ. 00222 (JGK) (HBP)
    v.                                                                          :
: **STIPULATION AND ORDER**
CITIMORTGAGE, INC.,                                              :
: Original Filed by ECF
                                Defendant.     :
-------------------------------------------------------------------x

WHEREAS defendant CitiMortgage, Inc. ("CMI") filed and served a notice of removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 on January 10, 2008; and

WHEREAS Plaintiff Sawyer had thirty (30) days to respond, until February 12, 2008; and Plaintiff Sawyer has yet to request any prior adjournments;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned action, that the time for Plaintiff to move to remand the action to state court is hereby extended by forty-five (45) days, through and including March 27, 2008.

Dated:   New York, New York
            February 19, 2008

| SANFORD WITTELS & HEISLER, LLP | MAYER BROWN LLP |
|---|---|
| By:   /s/ Steven L. Wittels          | By:   /s/ Christopher J. Houpt      |
|      Steven L. Wittels, Esq. |      Christopher J. Houpt, Esq. |
| 950 Third Avenue, 10th Floor | 1675 Broadway |
| New York, New York, 10022 | New York, New York 10019 |
| T: (646) 723-2454 | T: (212) 506-2500 |
| swittels@nydclaw.com | choupt@mayerbrown.com |
| *Attorneys for Plaintiff* | |

*Of Counsel:*

Lucia Nale
71 South Wacker Drive
Chicago, Illinois 60606
T: (312) 701-7074
lnale@mayerbrown.com
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.