USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| EDWARD SAWYER, on behalf of himself and all others similarly situated<br><br>         Plaintiff,<br>v.<br><br>CITIMORTGAGE, INC.,<br><br>         Defendant. | ECF Case<br><br>No. 08 Civ. 00222 (JGK) (HBP)<br><br>**STIPULATION AND ORDER**<br><br>Original Filed by ECF |

------------------------------------------------------------------x

WHEREAS defendant CitiMortgage, Inc. ("CMI") filed and served a notice of removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 on January 10, 2008; and

WHEREAS Plaintiff Sawyer had thirty (30) days to respond, until February 12, 2008; and Plaintiff Sawyer has yet to request any prior adjournments;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned action, that the time for Plaintiff to move to remand the action to state court is hereby extended by forty-five (45) days, through and including March 27, 2008.

Dated: New York, New York
    February 19, 2008

SANFORD WITTELS & HEISLER, LLP

By: ___/s/ Steven L. Wittels___
   Steven L. Wittels, Esq.

950 Third Avenue, 10th Floor
New York, New York, 10022
T: (646) 723-2454
swittels@nydclaw.com
*Attorneys for Plaintiff*

MAYER BROWN LLP

By: ___/s/ Christopher J. Houpt___
   Christopher J. Houpt, Esq.

1675 Broadway
New York, New York 10019
T: (212) 506-2500
choupt@mayerbrown.com

So Ordered

2/27/08
U.S.D.J.

*Of Counsel:*

Lucia Nale
71 South Wacker Drive
Chicago, Illinois 60606
T: (312) 701-7074
lnale@mayerbrown.com
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.