```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDWARD SAWYER, on behalf of himself and all : ECF Case
others similarly situated :
                                   Plaintiff, : No. 08 Civ. 00222 (JGK) (HBP)
     v. :
                                    : **STIPULATION AND ORDER**
CITIMORTGAGE, INC., :
                                    : Original Filed by ECF
                          Defendant. :
------------------------------------------------------------x

       WHEREAS defendant CitiMortgage, Inc. ("CMI") filed and served a notice of removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 on January 10, 2008; and

       WHEREAS Plaintiff Sawyer had thirty (30) days to respond, until February 12, 2008; and Plaintiff Sawyer has yet to request any prior adjournments;

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned action, that the time for Plaintiff to move to remand the action to state court is hereby extended by forty-five (45) days, through and including March 27, 2008.

Dated: New York, New York
        February 27, 2008

SANFORD WITTELS & HEISLER, LLP                 MAYER BROWN LLP

By: _____                               By: _____
    Steven L. Wittels, Esq.                                           Christopher J. Houpt, Esq.

950 Third Avenue, 10th Floor                           1675 Broadway
New York, New York 10022                                New York, New York 10019
T: (646) 723-2454                                                    T: (212) 506-2500
swittels@nydclaw.com                                        choupt@mayerbrown.com
*Attorneys for Plaintiff*

*Of Counsel:*

Lucia Nale
71 South Wacker Drive
Chicago, Illinois 60606
T: (312) 701-7074
lnale@mayerbrown.com
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.

3/4/08