UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                         :

EDWARD SAWYER, on behalf of himself and all    :     **ECF Case**
others similarly situated                              :
                               Plaintiff,    :     No. 08 Civ. 00222 (JGK) (HBP)
     v.                                  :
                                       :     **NOTICE OF APPEARANCE**
CITIMORTGAGE, INC.,                     :
                                     :
                         Defendant.   :
                                       :
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant

Citimortgage, Inc., and requests that a copy of all papers be served upon the undersigned at the address

set forth below.


Dated:  New York, New York
        March 19, 2008



                               MAYER BROWN LLP

                               By: ___/s_____
                                   Kwaku A. Akowuah

                               1675 Broadway
                               New York, New York 10019
                               (212) 506-2500
                               kakowuah@mayerbrown.com